IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO GARCIA,<br><br>    Defendant. | 4:14CR3046<br><br>**ORDER TO SHOW CAUSE** |

  The records of the court show that on July 17, 2014, (Filing No. 24), a letter was sent to Attorney James Hoppe from the Office of the Clerk directing him to pay his biennial attorney assessment fee, as required by NEGenR 1.7(h), within 15 days.

  As of September 17, 2014, Mr. Hoppe has not complied with the request set forth in the letter from the Office of the Clerk.

  Accordingly,

  IT IS ORDERED,

  On or before October 1, 2014, Attorney James Hoppe must pay the 2013/2014 biennial attorney assessment fee, as required by NEGenR 1.7(h) or show cause by written affidavit why compliance is not possible as required under the rules of the court.

  September 17, 2014.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge